■ PEOPLE v WOODROW GLOVER. [648 NYS2d 905] —Motion to reinstate appeal deemed withdrawn by this Court's order entered on November 10, 1994 (209 AD2d 1059) denied. Concur—Ellerin, Nardelli and Tom, JJ.

Rosenberger, J. P., would grant the motion and reinstate the appeal (*see, People v Corley*, 57 NY2d 861; *People v Sullivan*, 28 NY2d 992; *People v Casiel*, 39 NY2d 912; *People v Estrada*, 173 AD2d 555).